JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON REDDIX, | CASE NO. CV 17-968-RGK (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| UNITED STATES DISTRICT COURT, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: February 14, 2017

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\JUDGMENT.wpd